IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ECCLESIAST OLIVER,<br><br>                Defendant. | 8:22-CR-198<br><br>ORDER ON MOTION TO DISMISS |

      This matter is before the Court on the Government's Motion to Dismiss under Federal Rule of Criminal Procedure 48(a). Filing 14 at 1. Under Rule 48, the Government "may, with leave of court, dismiss and indictment, information, or complaint" without the defendant's consent, unless dismissal is made during trial. *See* Fed. R. Crim. P. 48(a). The dismissal has not been made during trial and, under the circumstances, the Court finds dismissal to be appropriate. Accordingly,

      IT IS ORDERED that the Government's Motion to Dismiss, Filing 14, is granted and the Indictment, Filing 1, is dismissed without prejudice.

      Dated this 30th day of September, 2022.

                                                            BY THE COURT:

                                                            _____
                                                             Brian C. Buescher
                                                             United States District Judge